IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02790-CMA-MEH

EDWARD H. MILLER,

      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
LIBERTY SAVINGS BANK, FSB, and
STEPHANIE Y. O'MALLEY, in her capacity as Public Trustee for the City and County of Denver, Colorado,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 24, 2011.**

      The Joint Motion to Vacate January 28, 2011 Scheduling Conference and Reschedule Pretrial Deadlines [filed January 20, 2011; docket #22] is **granted in part and denied in part**. The Scheduling Conference currently set for January 28, 2011 is **converted** to a Status Conference, at which the parties shall be prepared to discuss the status of settlement discussions and an alternative date for the Scheduling Conference, if necessary.