**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02790-CMA-MEH

EDWARD H. MILLER,

    Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.,
LIBERTY SAVINGS BANK, FSB, and
STEPHANIE Y. O'MALLEY, in her capacity as PUBLIC TRUSTEE FOR THE
CITY AND COUNTY OF DENVER,

    Defendants.

---

### ORDER FOR ADMINISTRATIVE CLOSURE

---

This matter is before the Court on the parties' Joint Motion To Administratively Close Case (Doc. # 30).  The Court having reviewed the Motion, and being otherwise advised, hereby ORDERS:

    1.    Pursuant to D.C.Colo.LCivR 41.2, the Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action, including a stay of all pending deadlines including, without limitation, JPMorgan Chase Bank's deadline to respond to Plaintiff's Complaint on or before February 28, 2011.

    2.    Within 30 days from the date of this Order, the parties are DIRECTED to either file appropriate dismissal papers with the Court, or, alternatively, file an appropriate mtoion to re-open this matter pursuant to D.C.COLO.LCivR 41.2.

    DATED:  March __02__, 2011

                                                           BY THE COURT:

                                                           _/s/ Christine M. Arguello_
                                                           _____
                                                           CHRISTINE M. ARGUELLO
                                                           United States District Judge