**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02790-CMA-MEH

EDWARD H. MILLER,

      Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.,
LIBERTY SAVINGS BANK, FSB, and
STEPHANIE Y. O'MALLEY, in her capacity as PUBLIC TRUSTEE FOR THE
CITY AND COUNTY OF DENVER,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41 and the Stipulation for

Dismissal of Action With Prejudice (Doc. # 34), signed by the attorneys for the parties

hereto, it is

      ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay

his, her or its own attorneys' fees and costs.

      DATED:  July __24__, 2012

                             BY THE COURT:

                             _Christine M Arguello_

                             _____
                             CHRISTINE M. ARGUELLO
                             United States District Court Judge